UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Robertson,<br>        *Plaintiff,*<br><br>        *v.*<br><br>Arrow Financial Services, et al,<br>        *Defendants.* | Civil No. 3:10cv382  (JBA) |

ORDER OF DISMISSAL ON REPORT OF SETTLEMENT

Counsel reported that this matter has settled in its entirety. This case will now be dismissed, without prejudice, and the Clerk is directed to close the file.

If the parties wish to file a stipulation of dismissal (for approval by the court or for inclusion in the court's file), or if their settlement was not consummated, they may move to re-open the case by October 27, 2010.

This date may be extended by motion filed under D. Conn. L. Civ. R. 7(b)(2) (requiring good cause).

The Court appreciates the efforts of counsel in resolving this matter.

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 27th day of September 2010.